## Commonwealth *v.* Bunnell, Appellant.

Argued March 10, 1902.   Appeal, No. 59, Jan. T., 1902, by defendant, from judgment of Q. S. Luzerne Co., Sept. T., 1901, No. 447, on verdict of guilty, in case of Commonwealth v. James L. Bunnell and John Bunnell.   Before RICE, P. J., BEAVER, ORLADY and W. D. PORTER, JJ.   Affirmed.

PER CURIAM, April 21, 1902:

All of the assignments of error are overruled, the judgment is affirmed and the record is remitted to the court below to the end that the sentence be fully carried into effect.